IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES FRANKS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-CV-3675 |
| | : | |
| **CURRAN FROMHOLD CORRECTIONAL FACILITY** | : | |

### ORDER

AND NOW, this _____ day of December, 2002, Defendant's Motion to Dismiss (docket no. 9) having been filed and served on August 30, 2002, and no response by Plaintiff having been filed, **IT IS HEREBY ORDERED** that Plaintiff shall respond on or before **January 13, 2003**.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**